GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 South Pavilion Center Dr., Suite 500
Las Vegas, Nevada 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LEON ATKINS,<br><br>            Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br>and CONN CREDIT CORPORATION, INC.,<br><br>            Defendants. | **Case No. 2:23-cv-00316-APG-BNW**<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**SECOND REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from April 24, 2023 through and including **May 24, 2023**. The request was made by Equifax so that the parties may have additional

/ /

/ /

/ /

/ /

1   time to engage in settlement discussion, and Plaintiff approves.  This stipulation is filed in good

2   faith and not intended to cause delay.

3         Respectfully submitted, this 20th day of April, 2023.

4

5   CLARK HILL PLLC                                    *No opposition*

6   By: /s/Gia N. Marina                               /s/George Haines

7   Gia N. Marina                                      George Haines, Esq.
    Nevada Bar No. 15276                               Nevada Bar No. 9411

8   1700 South Pavilion Center Dr.,                    Gerardo Avalos, Esq.
    Suite 500                                          Nevada Bar No. 15171

9   Las Vegas, NV 89135                                FREEDOM LAW GROUP
    Tel: (702) 862-8300                                8985 S. Eastern Ave., Suite 350

10  Fax: (702) 778-9709                                Henderson, NV 89123
    Email: gmarina@clarkhill.com                       Phone: (702) 880-5554

11  *Attorney for Defendant Equifax Information*       Fax: (702) 385-5518
    *Services LLC*                                     Email: ghaines@freedomlegalteam.com

12                                                     Email: gavalos@freedomlegalteam.com

13

14                                                     *Attorneys for Plaintiff*

15

16  IT IS SO ORDERED:

17

18

19  United States Magistrate Judge

20  DATED: April 24, 2023

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 20th day of April, 2023, via CM/ECF, upon all counsel of record:

By: /s/ Gia N. Marina
Gia N. Marina
Nevada Bar No. 15276
1700 South Pavilion Center Dr., Suite 500
Las Vegas, Nevada 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709