WRIGHT, FINLAY & ZAK, LLP
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorneys for Defendant, Conn Appliances, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LEON ATKINS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC AND CONN CREDIT CORPORATION, INC.,<br><br>　　　　　Defendants. | Case No.: 2:23-cv-00316-APG-BNW<br><br>**JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)** |

　　　　Plaintiff, Leon Atkins ("Plaintiff"), and Defendant, Conn Appliances, Inc. ("Defendant") (collectively "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

　　　　On February 28, 2023, Plaintiff filed his Complaint [ECF No. 1]. Defendant was served with Plaintiff's Complaint on March 16, 2023. The current deadline for Defendant to respond to Plaintiff's Complaint is May 5, 2023. The Parties have discussed extending the deadline for Defendant to respond to Plaintiff's Complaint to allow for better investigation of the allegations and discuss possible resolution of the matter.

　　　　WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Defendant to file its responsive pleading to Plaintiff's Complaint to June 5, 2023.

　　　　This is the second motion for an extension of time for Defendant to file its responsive pleading. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

　　　　As part of this motion, Defendant agrees to participate in any Rule 26(f) conference that

1 | occurs during the pendency of this extension.
2 |     DATED this 10th day of May, 2023.

| WRIGHT, FINLAY & ZAK, LLP | FREEDOM LAW FIRM |
|---|---|
| */s/ Ramir M. Hernandez* | */s/ Gerardo Avalos* |
| Ramir M. Hernandez, Esq. | Gerardo Avalos, Esq. |
| Nevada Bar No. 13146 | Nevada Bar No. 15171 |
| 7785 W. Sahara Ave., Suite 200 | 8985 S. Eastern Ave. Suite 350 |
| Las Vegas, NV 89117 | Las Vegas, NV 89123 |
| *Attorneys for Defendant, Conn Appliances, Inc.* | *Attorneys for Plaintiff, Leon Atkins* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 11, 2023

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I served the foregoing **JOINT MOTION TO EXTEND TIME TO RESOND TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)** on the 10th day of May, 2023, to all parties on the CM/ECF service list.

*/s/ Lisa Cox*
An Employee of WRIGHT, FINLAY & ZAK, LLP