George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Leon Atkins*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Leon Atkins,<br><br>Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC and Conn Credit Corporation, Inc.,<br><br>Defendants. | Case No.: 2:23-cv-00316-APG-BNW<br><br>**Stipulation of dismissal of Conn Credit Corporation, Inc. with prejudice** |

STIPULATION - 1 -

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Leon Atkins and Conn Credit Corporation, Inc. stipulate to dismiss Plaintiff's claims against Conn Credit Corporation, Inc. with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: June 6, 2023.

**FREEDOM LAW FIRM**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff*

**WRIGHT, FINLAY & ZAK, LLP**

/s/ *Ramir M. Hernandez*
Ramir M. Hernandez, Esq.
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Counsel for Conn Appliances, Inc.*

IT IS SO ORDERED:

_____
ANDREW P. GORDON
UNITES STATES DISTRICT JUDGE
2:23-cv-00316-APG-BNW
Atkins v. Equifax

DATED: June 13, 2023

STIPULATION - 2 -