UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEON ATKINS,<br><br>     Plaintiff<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC and CONN CREDIT CORPORATION, INC.,<br><br>     Defendants | Case No.: 2:23-cv-00316-APG-BNW<br><br>**Order** |

On August 4, 2023, the parties requested until September 4, 2023 to file dismissal documents as between plaintiff Leon Atkins and defendant Equifax Information Services, LLC. ECF No. 20.  Months have passed and no stipulation has been filed.

I THEREFORE ORDER that by December 15, 2023, the parties shall file either a stipulation of dismissal or a status report regarding settlement.  Failure to respond to this order may result in sanctions, including the dismissal of claims or defenses.

DATED this 1st day of December, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE