George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Leon Atkins*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Leon Atkins, | Case No.: 2:23-cv-00316 - APG-BNW |
| Plaintiff, | |
| v. | **Stipulation for dismissal of Equifax Information Services, LLC with prejudice.** |
| Equifax Information Services, LLC; and Conn Credit Corporation, Inc., | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Leon Atkins and Equifax Information Services, LLC stipulate to dismiss Plaintiff's claims against Equifax Information Services, LLC with prejudice.

///
///
///
///
///
///

_____

STIPULATION           - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: February 13, 2024.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Leon Atkins*

**CLARK HILL PLLC**

/s/ *Gia N. Marina*
Gia N. Marina, Esq.
Clark Hill PLLC
1700 South Pavilion Center Drive, Suite 500
Las Vegas, NV  89135
*Counsel for Equifax Information Services, LLC*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: February 14, 2024

2:23-cv-00316-APG-BNW
Atkins v. Equifax Information Services, LLC, et al.,

STIPULATION - 2 -